JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHTA REZAIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNIVERSITY OF LA VERNE, a California Corporation; and DOES 1-10;<br><br>    Defendants. | CASE No. SACV 13-0814 AG (MRWx)<br><br>Hon. Andrew J. Guilford<br><br>**JUDGMENT** |

## JUDGMENT

Defendant University of La Verne's ("Defendant") Motion for Summary Judgment Or, Alternatively, Partial Summary Judgment came on regularly for hearing on August 11, 2014 in Department 10D, the Honorable Andrew J. Guilford presiding. Omid Nosrati, Esq. appeared as attorney for Plaintiff Mahta Rezaian and Philip Ewen, Esq. appeared as attorney for Defendant University of La Verne.

After considering the moving and opposition papers, arguments of counsel, and all other evidence presented to the Court, the Court granted Defendant University of La Verne's Motion for Summary Judgment.

It is HEREBY ORDERED AND ADJUDGED that:

(1) JUDGMENT IS ENTERED in favor of Defendant University of La Verne;

(2) Plaintiff Mahta Rezaian take nothing by this action; and

(3) Defendant University of La Verne is the prevailing party and shall recover costs in the amount of $_____.

**IT IS SO ORDERED.**

DATED: August 12, 2014

_____
Hon. Andrew J. Guilford